August 11, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

TCHEWAM  LILY MUKWANGE, Appellant/Cross-Appellee

NO. 14-14-00212-CV V.

PUBLIC STORAGE, INC., Appellee/Cross-Appellant

_____

This cause, an appeal from the judgment in favor of appellant/cross-appellee, Mukwange, signed, March 7, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order each party to pay their own costs incurred in this appeal.

We further order this decision certified below for observance.